UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00199-JMS-MJD |
| | ) | |
| DERRICK J. MOTLEY (01), | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY FOR JULY 9, 2018
### SETTING PLEA AND SENTENCING HEARING
### CHIEF JUDGE JANE MAGNUS-STINSON

Defendant, Derrick J. Motley (01), has entered a petition to enter a plea of guilty and plea agreement [56] in the above-referenced cause. The plea will be taken and sentencing held on **August 8, 2018 at 10:00 a.m.** in Room 307 of the Birch Bayh Federal Building and U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

Distribution:

Howard N. Bernstein
THE LAW OFFICE OF HOWARD N. BERNSTEIN, LLC
hbernstein210@comcast.net

Matthew J. Lasher
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
matthew.lasher@usdoj.gov