UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:17-cr-00199-JMS-MJD |
| | ) | |
| DERRICK J. MOTLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Kristina M. Korobov, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:  s/Kristina M. Korobov
     Kristina M. Korobov
     Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   s/Kristina M. Korobov
Kristina M. Korobov
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333