UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:17-cr-00199-JMS-MJD |
| | ) | |
| DERRICK MOTLEY, | ) | - 01 |
|     Defendant. | ) | |

## MINUTE ENTRY
### For August 30, 2018

The parties appeared on a Petition for Action on Conditions of Pretrial Release filed on August 22, 2018. [Dkt. 71.] Defendant appeared in person and by CJA counsel Howard Bernstein. Government represented by Kristina Korobov. USPO represented by Patrick Jarosh.

Charges were read and explained.

Proceedings were conducted pursuant to 18 U.S.C. § 3148.

Defendant admitted the violations set forth in the Petition and the Court found Defendant guilty of the violations listed in the Petition.

The Court found that the factors set forth in 18 U.S.C. § 3148(b)(1) had been established, but found that the government did not meet its burden of proof with regard to the facts set forth in 18 U.S.C. § 3148(b)(2). Specifically, the Court found that the government failed to establish that, based upon the factors set forth in 18 U.S.C. § 3142(g), that no condition or combination of conditions of release exist that would

reasonably ensure that Defendant will not flee or pose a danger to any other person or the community. Neither did the government establish that Defendant is unlikely to abide by any condition or combination of conditions of release that the Court might impose.

Court denied the government's motion for pretrial detention and ordered Defendant released under the same conditions of pretrial release previously imposed by the Court.

SO ORDERED.

Dated:   30 AUG 2018

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.