UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:17-cr-00199-JMS-MJD |
| ) | |
| DERRICK J. MOTLEY (01), ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Paul Cherry's Report and Recommendation dkt [93] recommending that Derrick J. Motley's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Cherry's Report and Recommendation dkt [93]. The Court finds that Mr. Motley committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [85]. The Court dismisses Violation Numbers 2 and 3 at dkt [85]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Motley is sentenced to the custody of the Attorney General or his designee for a period of fourteen (14) months with no supervised release to follow. The Court recommends placement at FCI Cumberland.

Date: 11/29/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal